**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
                                    FILED
                                  MAR 15 2012
                           CLERK, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF CALIFORNIA
                        BY                        DEPUTY
```

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

MARK ANTHONY GONZALEZ (2),

                    Defendant.

CASE NO. 12CR0195-L

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) on the Information of:

21:952 and 960; 18:2

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/15/12

                              LOUISA S PORTER
                              UNITED STATES MAGISTRATE JUDGE


                    ENTERED ON _____